USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY L. STABOLESKI,

                Plaintiff,

     -v-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------X

19-cv-8834 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    On March 13, 2020, the Court granted a letter motion to adjourn the initial pretrial conference to April 13, 2020 and to extend Defendant's time to respond. *See* Dkt. No. 17.

    The Clerk of Court is directed to mail a copy of Dkt. No. 17 to Plaintiff.

    SO ORDERED.

Dated: March 18, 2020
        New York, New York

                                                       LEWIS J. LIMAN
                                                   United States District Judge