

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Sharon Sprayregen**
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

April 10, 2020

**BY ECF**
Honorable Katherine Failla
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

> The motion to adjourn the conference is DENIED.
>
> Defendant's motion for an extension of time to respond to the Complaint is GRANTED. Defendant shall respond to or otherwise answer the Complaint by May 18, 2020.
>
> SO ORDERED. 4/13/2020.
>
> LEWIS J. LIMAN
> United States District Judge

Re:   *Staboleski v. The City of New York*,
      19 CV 8834 (KPF)

Dear Judge Failla:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent Defendant in the above-referenced matter, in which *pro se* Plaintiff alleges that an officer who arrested him and the lieutenant on duty violated his First Amendment rights by denying him access to his Quran and prayer rug.

I am writing to respectfully request a four week adjournment, from April 13, 2020 to May 18, 2020 for Defendant to respond to the Complaint. The enlargement of time is requested because, given the current circumstances with COVID-19, my Office has been unable to obtain records from the NYPD's Civil Litigation Unit. I also request a corresponding four week adjournment from April 13, 2020 to May 18, 2020 (or a date thereafter that is convenient for the Court) of the initial pretrial conference; however, Defendant is, of course, prepared to appear my telephone should Your Honor not wish to adjourn the conference.

Though Plaintiff has provided a telephone number in dkt. no. 10, that number is currently disconnected. On March 19, 2020 a letter that I wrote was mailed to Plaintiff at the address provided on the docket. The letter requested that Plaintiff email me or call me, but I have not received any communications from him. Accordingly, I have been unable to confer about the issues in the case, or obtain Plaintiff's consent for this request.

This is Defendant's second request for an extension. Thank you for your consideration of this request.

Respectfully submitted,

/s/

Sharon Sprayregen
Assistant Corporation Counsel


CC: *via regular mail*
      Jeffrey Staboleski
      400-430 E. 30th Street,
      New York, NY 10016-8310