UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
JEFFREY L. STABOLESKI,                                :
                                                      :
                          Plaintiff,                  :
                                                      :            19-cv-8834 (LJL)
            -v-                                       :
                                                      :            ORDER
CITY OF NEW YORK,                                     :
                                                      :
                          Defendant.                  :
                                                      :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/4/2021

LEWIS J. LIMAN, United States District Judge:

On March 1, 2021, the Court issued an Opinion and Order granting Defendant's motion

to dismiss for failure to state a claim. Dkt. No. 30. The Court also gave Plaintiff leave to amend

the complaint within sixty (60) days of that Opinion and Order, until April 30, 2021, in order to

add allegations to support his constitutional and RLUIPA claims. The Court stated, "If Plaintiff

fails to file a timely amended complaint, the Court will terminate the case." *Id.* at 9.

Plaintiff has not filed a timely amended complaint by April 30, 2021 or otherwise

indicated that he intends to continue prosecuting his case. Accordingly, the Clerk of Court is

directed to cancel all pending deadlines and to close the case. The Clerk of Court is also

respectfully directed to mail a copy of this Order to Plaintiff.


            SO ORDERED.


Dated: May 4, 2021
       New York, New York              _____
                                              LEWIS J. LIMAN
                                          United States District Judge