UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY L. STABOLESKI,

                  Plaintiff,

-against-

CITY OF NEW YORK,

                  Defendant.
-----------------------------------------------------------X

19 CIVIL 8834 (LJL)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2021, the Court issued an Opinion and Order on March 1, 2021, granting Defendant's motion to dismiss for failure to state a claim. Dkt. No. 30. The Court also gave Plaintiff leave to amend the complaint within sixty (60) days of that Opinion and Order, until April 30, 2021, in order to add allegations to support his constitutional and RLUIPA claims. The Court stated, "If Plaintiff fails to file a timely amended complaint, the Court will terminate the case." Id. at 9. Plaintiff has not filed a timely amended complaint by April 30, 2021 or otherwise indicated that he intends to continue prosecuting his case; accordingly, this case is closed.

**Dated:** New York, New York

       May 4, 2021

                                    **RUBY J. KRAJICK**

                                      Clerk of Court

BY:

                                      Deputy Clerk